189 So. 884

**John Lawrence LAVRETTA et al. v. FIRST NATIONAL BANK OF MOBILE, as Trustee under Will of W. Marshall Turner.**

**I Div. 47.**

Supreme Court of Alabama.

June 8, 1939.

Rehearing Denied June 29, 1939.

Jas. E. Duggan and Chas. A. Cunningham, both of Mobile, for appellants.

Robt. H. Smith, of Mobile, for appellee.

KNIGHT, Justice.

This cause was submitted along with the case of John Lawrence Lavretta and Wife v. First National Bank of Mobile, Ala. Sup., 189 So. 881,[1] this day decided, and wherein we affirmed the decree of the Circuit Court of Mobile County. On the authority of that case, the decree of the circuit court is affirmed.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

189 So. 913

**Herman YORK v. STATE.**

**8 Div. 987.**

Supreme Court of Alabama.

June 8, 1939.

Rehearing Denied June 29, 1939.

S. A. Lynne, of Decatur, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

PER CURIAM.

Petition of Herman York for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of York v. State, 189 So. 910.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

190 So. 295

**John (alias Shine) TANNER v. STATE.**

**I Div. 69.**

Supreme Court of Alabama.

June 29, 1939.

H. M. Aldridge, of Mobile, for petitioner.

Thos. S. Lawson, Atty. Gen., for the State.

THOMAS, Justice.

Petition of John Tanner for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Tanner v. State, 190 So. 292.

Writ denied.

All Justices concur in denial of writ.